# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAISTAR MECHANICAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 1:13-cv-1325 |
| v. ) | |
| ) | Removed from the |
| THE CONTINENTAL INSURANCE ) | Superior Court of the District of Columbia, |
| COMPANY ) | Civil Action No. 2013 CA 004787 B |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant The Continental Insurance Company ("Continental"), by counsel, and pursuant to 28 U.S.C. §§ 1441(a) and (b), 1446 and 1332, hereby gives notice of the removal of the action styled *Baistar Mechanical, Inc. v. The Continental Insurance Company*, Civil Action No. 2013 CA 004787 B from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of its Notice of Removal, Continental states:

1. This action was commenced on or about July 15, 2013, when Plaintiff Baistar Mechanical, Inc. ("Baistar") filed a Complaint ("Complaint") in the Superior Court of the District of Columbia under Civil Action No. 2013 CA 004787B. On August 13, 2013, Continental was served with a Service of Process Transmittal, an Initial Order and Addendum, a Summons, and a Complaint. Copies of those documents are attached hereto as **Exhibit A**.

2. Diversity of citizenship exists under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

3.     The amount in controversy exceeds the $75,000.00 statutory minimum for jurisdiction because Baistar seeks to recover damages in the amount of $367,925.11.  *See* 28 U.S.C. § 1446(c)(2).

4.     The parties are citizens of different states because Baistar is a corporation under the laws of the State of Maryland and operates its principal place of business in the Commonwealth of Virginia, and Continental is a corporation under the laws of the Commonwealth of Pennsylvania and operates its principal place of business in the State of Illinois.  A corporation is deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.  28 U.S.C. § 1332(c)(1).

5.     This Notice of Removal is filed within 30 days of receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action sought to be removed and, accordingly, is timely under 28 U.S.C. § 1446(b).

6.     Continental will give written notice of the filing of this Notice and a copy of this Notice will be filed with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Continental respectfully requests that the United States District Court for the District of Columbia accept this Notice of Removal and assume jurisdiction of this case, and issue such further orders and processes as may be necessary.

Dated:  September 3, 2013              Respectfully submitted,

/s/ Jeffrey M. Mervis
_____
Jeffrey M. Mervis (D.C. Bar No. 426257)
The Sack Law Firm, P.C.
8270 Greensboro Drive, Suite 810
McLean, Virginia 22102
(703) 883-0102 (Office)
(703) 883-0108 (Facsimile)
Email: jmm@sacklaw.com
*Attorney for Defendant, The Continental Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2013, I served a true copy of the foregoing upon the following by electronic and first-class mail:

Joshua G. Whitaker
1936 Eastern Avenue
Baltimore, MD  21231
Tel./Fax: 888-367-0383

*Counsel for Plaintiff Baistar Mechanical, Inc.*

/s/ Jeffrey M. Mervis
_____
Jeffrey M. Mervis (D.C. Bar No. 426257)
The Sack Law Firm, P.C.
8270 Greensboro Drive, Suite 810
McLean, Virginia 22102
(703) 883-0102 (Office)
(703) 883-0108 (Facsimile)
Email: jmm@sacklaw.com
*Attorney for Defendant, The Continental Insurance Company*